NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

## For the Seventh Circuit
### Chicago, Illinois 60604

Argued October 6, 2016
Decided October 7, 2016

Before

DIANE P. WOOD, *Chief Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

| | |
|---|---|
| No. 16-1624 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| PAMELA MCKINNEY, *Plaintiff-Appellant*, | |
| *v.* | |
| JEH C. JOHNSON, Secretary of Homeland Security, *Defendant-Appellee*. | No. 12 C 220 Edmond E. Chang, *Judge*. |

## Order

Pamela McKinney contends that the Federal Emergency Management Agency terminated her employment in retaliation for a complaint about discrimination. After a trial, the jury returned a verdict for the defendant. McKinney asks for another trial on the grounds that one juror was biased, that one witness contradicted evidence given under oath before the trial, and that her two retained attorneys were incompetent. McKinney presented all three contentions to the district judge, who rejected them in a careful opinion. 2016 U.S. Dist. LEXIS 35696 (N.D. Ill. Mar. 21, 2016). After considering McKinney's

briefs and oral argument, we do not find any legal error or abuse of discretion in that decision. For substantially the reasons given by the district judge, the decision is

AFFIRMED.